# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                §
                                      §
ROSNICK, STEVEN J                     §      Case No. 06-02063
                                      §
                    Debtor(s)         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on
   .  The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]   $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was          . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH E. COHen_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

Page: 1

| Case No: | 06-02063 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | ROSNICK, STEVEN J | Date Filed (f) or Converted (c): | 03/06/06 (f) |
| | | 341(a) Meeting Date: | 04/20/06 |
| For Period Ending: | 04/28/10 | Claims Bar Date: | 04/20/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INVENTORY & MACHINARY | 50,000.00 | 20,000.00 | | 25,000.00 | 0.00 |
| 2. REAL ESTATE | 390,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. CASH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. CHECKING | 10.00 | 0.00 | | 0.00 | 0.00 |
| 5. SECURITY DEPOSIT | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 7. BOOKS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 8. APPAREL | 500.00 | 0.00 | | 0.00 | 0.00 |
| 9. JEWELRY | 200.00 | 0.00 | | 0.00 | 0.00 |
| 10. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. IRA | 40,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. 401(K) | 5,200.00 | 0.00 | | 0.00 | 0.00 |
| 13. STOCK | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. REFUND | 5,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 15. VEHICLE | 3,850.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 338.65 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $501,860.00 | $23,000.00 | | $25,338.65 | $3,000.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED INFO ON HOBBY SHOP OWNED BY DEBTOR. TRUSTEE HAS SOLD INVENTORY AND MACHINARY LOCATED AT DEBTOR'S RETAIL LOCATION. TRUSTEE HAS SENT ASSET NOTICE TO CREDITORS. TRUSTEE TO REVIEW PROOFS OF CLAIM.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 06-02063    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | ROSNICK, STEVEN J | Date Filed (f) or Converted (c):    03/06/06 (f) |
| | | 341(a) Meeting Date:    04/20/06 |
| | | Claims Bar Date:    04/20/07 |

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 05/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 06-02063 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | ROSNICK, STEVEN J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6663 BofA - Money Market Account |
| Taxpayer ID No: | *******0300 | | | |
| For Period Ending: | 04/28/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/06 | 1 | CHARLES GOLTZ | | 1129-000 | 25,000.00 | | 25,000.00 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.03 | | 25,015.03 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.56 | | 25,035.59 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.26 | | 25,056.85 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.28 | | 25,078.13 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.24 | | 25,097.37 |
| 03/01/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 20.21 | 25,077.16 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.31 | | 25,098.47 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.64 | | 25,119.11 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.33 | | 25,140.44 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.65 | | 25,161.09 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.38 | | 25,182.47 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.39 | | 25,203.86 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 16.05 | | 25,219.91 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 16.07 | | 25,235.98 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 13.48 | | 25,249.46 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 12.07 | | 25,261.53 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 10.01 | | 25,271.54 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 6.01 | | 25,277.55 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 22.30 | 25,255.25 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.97 | | 25,261.22 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.18 | | 25,266.40 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.21 | | 25,269.61 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.11 | | 25,272.72 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.21 | | 25,275.93 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.20 | | 25,279.13 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.12 | | 25,282.25 |

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-02063 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROSNICK, STEVEN J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6663 BofA - Money Market Account |
| Taxpayer ID No: | *******0300 | | | |
| For Period Ending: | 04/28/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.45 | | 25,284.70 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.06 | | 25,286.76 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.28 | | 25,288.04 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,288.25 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 25,288.44 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 20.76 | 25,267.68 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,267.90 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 25,268.45 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,269.09 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,269.71 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,270.35 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,270.99 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,271.61 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,272.25 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,272.87 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,273.51 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,274.15 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 25,274.73 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 30.05 | 25,244.68 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.65 | | 25,245.33 |

FORM 2

Page: 3

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 06-02063 -ABG |
| Case Name: | ROSNICK, STEVEN J |
| Taxpayer ID No: | *******0300 |
| For Period Ending: | 04/28/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6663  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   | Account *******6663 | Balance Forward | 0.00 |   |   |   |
|---|---|---|---|---|---|---|
|   | 1 | Deposits | 25,000.00 | 4 | Checks | 93.32 |
|   | 42 | Interest Postings | 338.65 | 0 | Adjustments Out | 0.00 |
|   |   |   |   | 0 | Transfers Out | 0.00 |
|   |   | Subtotal | $ 25,338.65 |   |   |   |
|   |   |   |   |   | Total | $ 93.32 |
|   | 0 | Adjustments In | 0.00 |   |   |   |
|   | 0 | Transfers In | 0.00 |   |   |   |
|   |   | Total | $ 25,338.65 |   |   |   |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-02063 | | Page 1 | | | Date: April 28, 2010 |
| Debtor Name: | ROSNICK, STEVEN J | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3410-00 | Popowcer Katten Ltd. | Administrative | | $0.00 | $903.00 | $903.00 |
| 001 3110-00 | Cohen & Krol | Administrative | | $0.00 | $2,809.87 | $2,809.87 |
| 000008 999 2410-00 | Ron Cigelnik<br>c/o James T Magee<br>444 N Cedar Lake Rd<br>Round Lake, IL 60073-2802 | Administrative | | $0.00 | $6,000.00 | $6,000.00 |
| 000001 070 7100-00 | RC2 Brands Inc<br>2021 9th St SE<br>Dyersville, IA 52040 | Unsecured | | $0.00 | $324.09 | $324.09 |
| 000002 070 7100-00 | Great Planes Distributors Company<br>c/o Teller Levit & Silvertrust PC<br>11 E Adams St # 800<br>Chicago, IL 60603 | Unsecured | | $0.00 | $11,516.33 | $11,516.33 |
| 000003 070 7100-00 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480<a href='/cgi-bin/Claimant.pl?851722,3,06-02063'>Claimant History</a> | Unsecured | | $0.00 | $6,081.77 | $6,081.77 |
| 000004 070 7100-00 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145<a href='/cgi-bin/Claimant.pl?851722,4,06-02063'>Claimant History</a> | Unsecured | | $0.00 | $780.31 | $780.31 |
| 000005 070 7100-00 | Kalmbach Publishing<br>PO Box 1612<br>Waukesha, WI 53187 | Unsecured | | $0.00 | $1,161.17 | $1,161.17 |
| 000006 070 7100-00 | Walthers<br>PO Box 3039<br>Milwaukee, WI 53201 | Unsecured | | $0.00 | $4,879.90 | $4,879.90 |
| 000007 070 7100-00 | Ron Cigelnik<br>c/o James T Magee<br>444 N Cedar Lake Rd<br>Round Lake, IL 60073-2802 | Unsecured | | $0.00 | $33,000.00 | $33,000.00 |
| 000009 | NATIONAL CITY<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | | $0.00 | $35,776.47 | $35,776.47 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-02063 | | Page 2 | | Date: April 28, 2010 |
| Debtor Name: | ROSNICK, STEVEN J | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $103,232.91 | $103,232.91 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-02063
Case Name: ROSNICK, STEVEN J
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $_____ | $_____ |
| Attorney for trustee: Cohen & Krol | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer Katten Ltd. | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: Ron Cigelnik | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *RC2 Brands Inc* | $ | $ |
| *000002* | *Great Planes Distributors Company* | $ | $ |
| *000003* | *eCAST Settlement Corporation* | $ | $ |
| *000004* | *CHASE BANK USA, NA* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000005* | *Kalmbach Publishing* | $ | $ |
| *000006* | *Walthers* | $ | $ |
| *000007* | *Ron Cigelnik* | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000009* | *NATIONAL CITY* | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $        .