# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROSNICK, STEVEN J | § | Case No. 06-02063 ABG |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 06/25/2010 in Courtroom B,
Park City Branch Court
301 Greenleaf Avenue
Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
Clerk, U.S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ROSNICK, STEVEN J § Case No. 06-02063 ABG
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,338.65 |
| and approved disbursements of | $ | 93.32 |
| leaving a balance on hand of[1] | $ | 25,245.33 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $ 3,283.93 | $ 0.00 |
| Attorney for trustee: Cohen & Krol | $ 2,754.00 | $ 55.87 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten Ltd. | $ 903.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: Ron Cigelnik | $ 0.00 | $ 6,000.00 |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,743.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | RC2 Brands Inc | $ 324.09 | $ 68.75 |
| 000002 | Great Planes Distributors Company | $ 11,516.33 | $ 2,442.96 |
| 000003 | eCAST Settlement Corporation | $ 6,081.77 | $ 1,290.13 |
| 000004 | CHASE BANK USA, NA | $ 780.31 | $ 165.53 |
| 000005 | Kalmbach Publishing | $ 1,161.17 | $ 246.32 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Walthers | $ 4,879.90 | $ 1,035.17 |
| 000007 | Ron Cigelnik | $ 33,000.00 | $ 7,000.29 |

Tardily filed claims of general (unsecured) creditors totaling $ 35,776.47 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000009 | NATIONAL CITY | $ 35,776.47 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100

*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 06-02063   Doc 52   Filed 06/04/10   Entered 06/06/10 23:29:08   Desc Imaged
Certificate of Service   Page 5 of 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: gbeemster             Page 1 of 2                  Date Rcvd: Jun 04, 2010
Case: 06-02063                Form ID: pdf006             Total Noticed: 42


The following entities were noticed by first class mail on Jun 06, 2010.
db         +Steven J Rosnick,   18421 Meander Dr,   Grayslake, IL 60030-4002
aty         Gary N Foley,   Gary N. Foley, P.C.,   1919 Route 83,   Round Lake Beach, IL  60073
aty        +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty        +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty        +Linda M Kujaca,   Law Office of Deborah K. Ebner,   11 E. Adams,   Suite 904,
              Chicago, IL 60603-6306
tr         +Joseph E Cohen, Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
10627782   +Bank of America,   PO Box 60073,   City Of Industry, CA 91716-0073
10627783   +Blatt, Hasenmiller, Leibsker et al.,   125 South Wacker Dr.,   Suite 400,
              Chicago, IL 60606-4440
10627784   +Bowser Manufacturing,   PO Box 322,   Montoursville, PA 17754-0322
14361638    CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
10627785   +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11142459    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
10627786   +CitiBusiness Card,   PO Box 688901,   Des Moines, IA 50368-8901
10627787   +Destination Hobby Center, Inc.,   261 Peterson Rd,   Libertyville, IL 60048-1005
10627788   +Destination Train Center, Inc.,   13444 Santa Fe Tr,   Lenexa, KS 66215-3655
10627789   +First Midwest Bank/na,   300 N Hunt Club Rd,   Gurnee, IL 60031-2502
10627790   +Gardner National Bank,   PO Box 429,   Gardner, KS 66030-0429
10627791   +Great Planes Distributors Company,   c/o Teller Levit & Silvertrust PC,   11 E Adams St # 800,
              Chicago, IL 60603-6324
10627792   +Great Planes Model Distrubitors Com,   c/o Teller Levit & Silvertrust, PC,   11 East Adams, #800,
              Chicago, IL 60603-6324
10627793   +Kalmbach Publishing,   PO Box 1612,   Waukesha, WI 53187-1612
10627794   +Kansas Counselors,   Po Box 14765,   Shawnee Mission, KS 66285-4765
10627795    MBNA America,   PO Box 15103,   Wilmington, DE 19850
10627796   +Micro-Trains Line,   PO Box 1200,   Talent, OR 97540-1200
10627797   +Monogram Bank N America,   Po Box 17054,   Wilmington, DE 19850-7054
12246961   +NATIONAL CITY,   PO BOX 94982,   CLEVELAND, OH 44101-4982
10627798   +National City Mortgage,   PO Box 1820,   Dayton, OH 45401-1820
10627799   +Natl Cty Crd,   4661 East Main St,   Columbus, OH 43251-0001
10627800   +North American N. Scale,   PO Box 22296,   Seattle, WA 98122-0296
10627801    Paddock Publications,   PO Box 3024,   Arlington Heights, IL 60006
10627802   +People’s Energy,   3001 Grand Ave.,   Waukegan, IL 60085-2320
10627803   +Peoples Engy,   130 E Randolph,   Chicago, IL 60601-6302
10627804   +RC2 Brands (Learning Curve),   2021 Ninth St. SE,   Dyersville, IA 52040-2316
10755992   +RC2 Brands Inc,   2021 9th St SE,   Dyersville, IA 52040-2316
10627805    Ron Cigelnik,   c/o James T Magee,   444 N Cedar Lake Rd,   Round Lake, IL 60073-2802
10627806   +Sharon Goltz Rosnick,   18421 Meander Dr.,   Grayslake, IL 60030-4002
10627809   +Teller, Levit & Silvertrust, PC,   11 E. Adams St.,   Suite 800,   Chicago, IL 60603-6369
10627810   +The Freight Yard,   2734 W. Bell Rd,   Ste 1306,   Phoenix, AZ 85053-7555
10627811   +Walthers,   PO Box 3039,   Milwaukee, WI 53201-3039
11795128    eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jun 04, 2010.
10770592   +E-mail/Text: idiaz2@co.lake.il.us                          Lake County Treasurerer,
              18 North County Street Room 102,   Waukegan, IL 60085-4361
10627808   +E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US
              State of Kansas Dept of Revenue,   Civil Tax Enforcement,   PO Box 12005,
              Topeka, KS 66612-2005
10627807   +E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US
              State of Kansas Dept of Revenue,   Compliance Management,   915 SW Harrison St,
              Topeka, KS 66625-0001
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: gbeemster          Page 2 of 2            Date Rcvd: Jun 04, 2010
Case: 06-02063                 Form ID: pdf006          Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**                    **Signature:**    *Joseph Speetjens*