UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
ROSNICK, STEVEN J                   §     Case No. 06-02063
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| RON CIGELNIK | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, NA | | | | | |
| ECAST SETTLEMENT CORPORATION | | | | | |
| GREAT PLANES DISTRIBUTORS COMPANY | | | | | |
| KALMBACH PUBLISHING | | | | | |
| RC2 BRANDS INC | | | | | |
| RON CIGELNIK | | | | | |
| WALTHERS | | | | | |
| NATIONAL CITY | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Case No: 06-02063 ABG Judge: A. BENJAMIN GOLDGAR  Trustee Name: JOSEPH E. COHEN
Case Name: ROSNICK, STEVEN J  Date Filed (f) or Converted (c): 03/06/06 (f)
  341(a) Meeting Date: 04/20/06
For Period Ending: 12/14/10  Claims Bar Date: 04/20/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INVENTORY & MACHINARY | 50,000.00 | 20,000.00 | | 0.00 | 0.00 |
| 2. REAL ESTATE | 390,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. CASH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. CHECKING | 10.00 | 0.00 | | 0.00 | 0.00 |
| 5. SECURITY DEPOSIT | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 7. BOOKS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 8. APPAREL | 500.00 | 0.00 | | 0.00 | 0.00 |
| 9. JEWELRY | 200.00 | 0.00 | | 0.00 | 0.00 |
| 10. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. IRA | 40,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. 401(K) | 5,200.00 | 0.00 | | 0.00 | 0.00 |
| 13. STOCK | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. REFUND | 5,000.00 | 3,000.00 | | 0.00 | 0.00 |
| 15. VEHICLE | 3,850.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 340.51 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $501,860.00  $23,000.00  $340.51  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED INFO ON HOBBY SHOP OWNED BY DEBTOR. TRUSTEE HAS SOLD INVENTORY AND MACHINARY LOCATED AT DEBTOR'S
RETAIL LOCATION. TRUSTEE HAS SENT ASSET NOTICE TO CREDITORS. TRUSTEE TO REVIEW PROOFS OF CLAIM.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 06-02063   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROSNICK, STEVEN J | Date Filed (f) or Converted (c): | 03/06/06 (f) |
| | | 341(a) Meeting Date: | 04/20/06 |
| | | Claims Bar Date: | 04/20/07 |

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 05/30/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-02063 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ROSNICK, STEVEN J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6663 BofA - Money Market Account |
| Taxpayer ID No: | *******0300 | | | |
| For Period Ending: | 12/14/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/06 | 1 | CHARLES GOLTZ | | 1129-000 | 25,000.00 | | 25,000.00 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.03 | | 25,015.03 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.56 | | 25,035.59 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.26 | | 25,056.85 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.28 | | 25,078.13 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.24 | | 25,097.37 |
| 03/01/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond premium | 2300-000 | | 20.21 | 25,077.16 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.31 | | 25,098.47 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.64 | | 25,119.11 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.33 | | 25,140.44 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.65 | | 25,161.09 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.38 | | 25,182.47 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.39 | | 25,203.86 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 16.05 | | 25,219.91 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 16.07 | | 25,235.98 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 13.48 | | 25,249.46 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 12.07 | | 25,261.53 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 10.01 | | 25,271.54 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 6.01 | | 25,277.55 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 22.30 | 25,255.25 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.97 | | 25,261.22 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.18 | | 25,266.40 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.21 | | 25,269.61 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.11 | | 25,272.72 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.21 | | 25,275.93 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.20 | | 25,279.13 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.12 | | 25,282.25 |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

Ver: 15.20

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-02063 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROSNICK, STEVEN J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6663  BofA - Money Market Account |
| Taxpayer ID No: | *******0300 | | | |
| For Period Ending: | 12/14/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.45 | | 25,284.70 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.06 | | 25,286.76 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.28 | | 25,288.04 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,288.25 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 25,288.44 |
| 02/28/09 | 000303 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 20.76 | 25,267.68 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,267.90 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 25,268.45 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,269.09 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,269.71 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,270.35 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,270.99 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,271.61 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,272.25 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,272.87 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,273.51 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,274.15 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 25,274.73 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 30.05 | 25,244.68 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.65 | | 25,245.33 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,245.95 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,246.59 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.60 | | 25,247.19 |
| 06/30/10 | | Transfer to Acct #*******1370 | Final Posting Transfer | 9999-000 | | 25,247.19 | 0.00 |

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-02063 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ROSNICK, STEVEN J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6663  BofA - Money Market Account |
| Taxpayer ID No: | *******0300 | | |
| For Period Ending: | 12/14/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6663

|   | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 25,000.00 | 4 | Checks | 93.32 |
| 45 | Interest Postings | 340.51 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 25,247.19 |
| | Subtotal | $ 25,340.51 | | | |
| | | | | Total | $ 25,340.51 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 25,340.51 | | | |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 11)

Ver: 15.20

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-02063 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ROSNICK, STEVEN J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1370  BofA - Checking Account |
| Taxpayer ID No: | *******0300 | | |
| For Period Ending: | 12/14/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/10 | | Transfer from Acct #*******6663 | Transfer In From MMA Account | 9999-000 | 25,247.19 | | 25,247.19 |
| 07/01/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 3,284.05 | 21,963.14 |
| 07/01/10 | 003002 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 1,873.25 | 20,089.89 |
| 07/01/10 | 003003 | Popowcer Katten Ltd. | Accountant  for Trustee fees<br>Accountant for Trustee fees | 3410-000 | | 903.00 | 19,186.89 |
| 07/01/10 | 003004 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 936.62 | 18,250.27 |
| 07/01/10 | 003005 | Ron Cigelnik<br>c/o James T Magee<br>444 N Cedar Lake Rd<br>Round Lake, IL 60073-2802 | Claim 000008, Payment 100.00000%<br>(8-1) <b>Modified address 04/20/2007</b> | 2410-000 | | 6,000.00 | 12,250.27 |
| 07/01/10 | 003006 | RC2 Brands Inc<br>2021 9th St SE<br>Dyersville, IA 52040 | Claim 000001, Payment 21.21633% | 7100-000 | | 68.76 | 12,181.51 |
| 07/01/10 | 003007 | Great Planes Distributors Company<br>c/o Teller Levit & Silvertrust PC<br>11 E Adams St # 800<br>Chicago, IL 60603 | Claim 000002, Payment 21.21492%<br>(2-1) addr correction - filer notified - 6/22/06 - ps | 7100-000 | | 2,443.18 | 9,738.33 |
| 07/01/10 | 003008 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480<a href='/cgi-bin/Claimant.pl?851722,3,06-02063'>Claimant History</a> | Claim 000003, Payment 21.21488% | 7100-000 | | 1,290.24 | 8,448.09 |
| 07/01/10 | 003009 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE  19850-5145<a href='/cgi-bin/Claimant.pl?851722,4,06-02063'>Claimant History</a> | Claim 000004, Payment 21.21465% | 7100-000 | | 165.54 | 8,282.55 |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 12)

Ver: 15.20

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-02063 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROSNICK, STEVEN J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1370  BofA - Checking Account |
| Taxpayer ID No: | *******0300 | | | |
| For Period Ending: | 12/14/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/01/10 | 003010 | Kalmbach Publishing<br>PO Box 1612<br>Waukesha, WI 53187 | Claim 000005, Payment 21.21481% | 7100-000 | | 246.34 | 8,036.21 |
| 07/01/10 | 003011 | Walthers<br>PO Box 3039<br>Milwaukee, WI 53201 | Claim 000006, Payment 21.21498% | 7100-000 | | 1,035.27 | 7,000.94 |
| 07/01/10 | 003012 | Ron Cigelnik<br>c/o James T Magee<br>444 N Cedar Lake Rd<br>Round Lake, IL 60073-2802 | Claim 000007, Payment 21.21497%<br>(7-1) <b> Modified address 04/20/2007 </b> | 7100-000 | | 7,000.94 | 0.00 |

| Account *******1370 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 12 | Checks | 25,247.19 |
| | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 25,247.19 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 25,247.19 | | | |
| | Total | $ 25,247.19 | | | |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 13)

Ver: 15.20

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-02063 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ROSNICK, STEVEN J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1370  BofA - Checking Account |
| Taxpayer ID No: | *******0300 | | |
| For Period Ending: | 12/14/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | Deposits | 25,000.00 | 16 | Checks | 25,340.51 |
| | | 45 | Interest Postings | 340.51 | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 25,247.19 |
| | | | Subtotal | $ 25,340.51 | | | |
| | | | | | | Total | $ 50,587.70 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 1 | Transfers In | 25,247.19 | | | |
| | | | Total | $ 50,587.70 | | Net Total Balance | $ 0.00 |

LFORM2T4   UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

Ver: 15.20